# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| ERIC DONALD STROUD | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No.** 3:09-cv-895 |
| v. | ) | |
| | ) | |
| CONNER CONCEPTS, INC. | ) | Judge Trauger |
| | ) | |
| **Defendant** | ) | **JURY DEMAND** |
| | ) | |

REVISED CASE MANAGEMENT ORDER

Pursuant to joint motion of the parties, LR 16.01(d), and for good cause shown, the following Revised Case Management Plan is hereby approved**:**

1. JURISDICTION: The court has jurisdiction pursuant to 28 U.S.C. § 1331, the Family and Medical Leave Act (FMLA) of 1993, 29 U.S.C. §2601 et seq., and the Americans with Disabilities Act (ADA), 42 U.S.C §12101, et.seq.

2. BRIEF THEORIES OF THE PARTIES:

    A. PLAINTIFF: Defendant terminated Plaintiff in violation of Plaintiff's rights under the FMLA and ADA.

    B. DEFENDANT: Plaintiff is not entitled to relief under the FMLA and Defendant did not discriminate against Defendant in violation of the ADA.

3. ISSUES RESOLVED: Jurisdiction and venue.

4. ISSUES STILL IN DISPUTE: Liability and damages.

5. INITIAL DISCLOSURES: The parties shall exchange initial disclosures pursuant to Fed.R.Civ.P. 26(a)(1) on or before January 22, 2010.

6. DISCOVERY: The parties shall complete all written discovery and depose all fact witnesses on or before July 6, 2010. Discovery is not stayed during dispositive motions, unless ordered by the court. No motions concerning discovery are to be filed until after the parties have conferred in good faith and, unable to resolve their differences, have scheduled and participated in a conference call with Judge Trauger.

7. JOINT MEDIATION REPORT: The parties shall submit a joint mediation report on or before June 30, 2010.

8. MOTIONS TO AMEND: The parties shall file all Motions to Amend on or before June 30, 2010.

9. DISCLOSURE OF EXPERTS: The Parties shall identify and disclose all expert witnesses and reports on or before June 11, 2010.

10. DEPOSITIONS OF EXPERT WITNESSES: The parties shall depose all expert witnesses on or before July 30, 2010.

11. DISPOSITIVE MOTIONS: The parties shall file all dispositive motions on or August 6, 2010. Responses to dispositive motions shall be filed within twenty (20) days after the filing of the motion. Optional replies may be filed within ten (10) days after the filing of the response. Briefs shall not exceed 20 pages. No motion for partial summary judgment shall be filed except upon leave of court. Any party wishing to file such a motion shall first file a separate motion that gives the justification for filing a partial summary judgment motion in terms of overall economy of time and expense for the parties, counsel and the court.

12. ELECTRONIC DISCOVERY: The parties have reached agreements on how to conduct electronic discovery. Therefore, the default standard contained in Administrative Order No. 174 need not apply to this case.

13. ESTIMATED TRIAL DATE AND TIME: The estimated length of the trial is approximately three (3) days. A separate Order shall issue for pre-trial and trial dates.

It is so ORDERED.

Dated this ___ day of May, 2010.

_____
ALETA A. TRAUGER
U. S. District Judge

Approved for Entry:


 s/ Nanette J. Gould
Nanette Gould (#026330)
2021 Richard Jones Rd., Ste. 350
Nashville, TN 37215
(615) 383-3332
*Attorney for Plaintiff*


  s/ Danny P. Dyer
Danny P. Dyer, (#016666)
Gentry, Tipton & McLemore, P.C.
P.O. Box 1990
Knoxville, Tennessee 37901-1990
865-525-5300
*Attorney for Defendant*