IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ERIC DONALD STROUD ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civil Action No.** 3:09-cv-895 |
| v. ) | |
| ) | |
| CONNER CONCEPTS, INC. ) | **Judge Trauger** |
| ) | |
| **Defendant** ) | **JURY DEMAND** |
| ) | |

## ORDER OF DISMISSAL

It appearing to the Court, as evidenced by the signatures of counsel below, that the parties are in agreement that all claims at issue in this litigation have been resolved and should be dismissed with prejudice;

It is, therefore, ORDERED, ADJUDGED AND DECREED that the plaintiff's claims against the defendant are dismissed with prejudice;

It is further ORDERED, ADJUDGED AND DECREED that the parties will bear and be responsible for their own attorney fees, discretionary costs, trial preparation costs and expenses associated with the prosecution and defense of this case.

It is so ORDERED.

Entered this 22nd day of June, 2010.

_____
JUDGE ALETA A. TRAUGER

Approved for Entry:

/s/Nanette J. Gould
Nanette J. Gould
TN BPR# 026330
2021 Richard Jones Road, Suite 350
Nashville, Tennessee  37215
(615) 383-3332
ngould@attorneyngould.com


/s/Danny P. Dyer
Danny P. Dyer
TN BPR # 016666
Gentry, Tipton & McLemore, P.C.
P.O. Box 1990
Knoxville, Tennessee  37901-1990
865-525-5300
dpd@tennlaw.com

2